Gustavo Ponce, Esq.
Nevada Bar No. 15084
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148
Phone: (800) 400-6808
gustavo@kazlg.com
*Attorneys for Plaintiff Sarah Battiest*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sarah Battiest,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>The Langsdale Law Firm, P.C. and Tidewater Finance Company *aka* Tidewater Motor Credit,<br><br>　　　　　Defendant. | Case No.: 2:19-cv-01025-JAD-VCF<br><br>**Stipulation of Dismissal of Tidewater Finance Company and Order**<br><br><br>ECF No. 14 |

///

///

///

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Sarah Battiest ("Plaintiff") and Defendant Tidewater Finance Company ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 31st day of March 2020.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**MARQUIS AURBACH COFFING**

By: /s/ Jared Moser
Chad F. Clement, Esq.
Jared M. Moser, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant*
*Tidewater Finance Company*

### ORDER

Based on the parties' stipulation **[ECF No. 14]** and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Tidewater Finance Company are DISMISSED with prejudice, each side to bear its own fees and costs. Plaintiff has 10 days to begin default proceedings against the remaining defendant or this action will be deemed abandoned, and the Clerk of Court will be instructed to close it.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 1, 2020